```
                                          ___ FILED        ___ RECEIVED
                                          ___ ENTERED      ___ SERVED ON
                                                  COUNSEL/PARTIES OF RECORD

                                                    MAY 2 3 2014

                                              CLERK US DISTRICT COURT
                                                DISTRICT OF NEVADA
                                          BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-332-JCM-(CWH) |
| JOHNNY JONES, aka JROCK, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO JOHNNY JONES aka JROCK**

On February 24, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant JOHNNY JONES aka JROCK to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 30; Plea Agreement, ECF No. 31; Preliminary Order of Forfeiture, ECF No. 32.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the Preliminary Order of Forfeiture (ECF No. 32), listing the following assets, is final as to defendant JOHNNY JONES aka JROCK:

. . .

. . .

. . .

1. an EIG, model E15, .22 caliber revolver, serial number 335526; and
2. a 20 gauge Mossberg shotgun, serial number R360016; and
3. any and all ammunition.

DATED this 23rd day of May, 2014.

*[signature]*
UNITED STATES DISTRICT JUDGE