# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:13-CR-332-JCM-(CWH) |
| JOHNNY JONES, aka JRock, | ) ) ) |
| Defendant. | ) ) |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in:

1. an EIG, model E15, .22 caliber revolver, serial number 335526; and
2. a 20 gauge Mossberg shotgun, serial number R360016; and
3. any and all ammunition

(all of which constitutes "property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Preliminary Order of Forfeiture (ECF No. 32) and the Final Order of Forfeiture as to Johnny Jones aka JRock (ECF No. 37) entered in this case are null and void;

. . .

. . .

. . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named
2 property will not revert back to the defendant and/or any person(s) acting in concert with him and/or
3 on his behalf.

                                                 */s/ James C. Mahan*
                                                 UNITED STATES DISTRICT JUDGE
                                                 DATED: October 27, 2014